# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HARVARD FINANCIAL SERVICES, LLC** a/a/o **DIXIE TRANSPORT, INC.**,

Appellant,

v.

**DANIEL DUCHACEK, JOHN LONGO** and **MARIA LONGO,**

Appellees.

No. 4D19-3633

[November 19, 2020]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE19-010790.

Roniel Rodriguez, IV, of Roniel Rodriguez, IV, P.A., North Miami, for appellant.

Serena Kay Tibbitt and Christian Savio of Fidelity National Law Group, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***